UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

                                        Petitioner,

                - against -

ANTHONY T. VICIDOMINE and
NORTH EAST CAPITAL, LLC,

                                        Respondents.

13 MC 683 (SLT)

**[PROPOSED]**
**DEFAULT ORDER FOR ENFORCEMENT OF CONSENT ORDER OF**
**THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

The United States Securities and Exchange Commission having applied for an order

pursuant to Section 20(c) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77t(c),

and Section 21(e)(1) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C.

§ 78u(e)(1), enforcing compliance by the Respondents Anthony T. Vicidomine ("Vicidomine")

and North East Capital, LLC ("North East") with a final Commission order entered against them

on August 16, 2013 (the "Commission Order"), and it appearing that the moving papers were

served upon Vicidomine as provided in the Order to Show Cause issued by this Court, that

Vicidomine has failed to file any opposition or to appear in opposition and thereby has defaulted

in appearance, that Vicidomine is not an infant or incompetent person or on active service in the

armed forces of the United States, and that such application should be granted, it is hereby

ORDERED, that the Commission Order be and the same hereby is enforced.

FURTHER ORDERED, that Vicidomine and North East, jointly and severally, shall pay

to the Commission the following amounts:

| Item | Amount in Commission Order | Additional Interest | Total |
|---|---|---|---|
| Disgorgement | $189,415.00 | $457.54 | $189,457.54 |
| Prejudgment Interest | $6,717.04 | N/A | $6,717.04 |
| Civil Penalty | $150,000.00 | $193.15 | $150,193.15 |

Payment must be made in one of the following ways:

(1) Vicidomine and North East may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request;

(2) Vicidomine and North East may make direct payment from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm; or

(3) Vicidomine and North East may pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> HQ Bldg., Room 181, AMZ-341
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying Vicidomine and North East as respondents in this proceeding, and the name of this Court and the docket number of this action; a copy of the cover letter and check or money order must be sent to John J. Graubard, Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Room 400, New York, NY 10281-1022.

FURTHER ORDERED, that the Commission may enforce the Court's order for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Order.

The Commission may enforce the Court's order for civil penalties as provided by the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001 - 3306.  Vicidomine and North East shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

FURTHER ORDERED, that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Order.

**SO ORDERED.**

Dated: _September 17_ 2013
       Brooklyn, New York

/s/(SLT)

UNITED STATES DISTRICT JUDGE

- 3 -